FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 24, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TYIUS DEADMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTER, LLC,<br><br>Defendant. | No. 2:25-CV-00183-ACE<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>**ECF No. 20** |

**BEFORE THE COURT** is the parties' stipulation of dismissal with prejudice. ECF No. 20. Kammi M. Smith represents Plaintiff; Defendant is represented by Autumn L. Moore and Matthew R. Kelly. The Court has reviewed the pending stipulation and is fully informed. Good cause appearing therefor, **IT IS HEREBY ORDERED:**

1. The parties' stipulation of dismissal, **ECF No. 20**, is **GRANTED**.

2. Plaintiff's complaint and any and all counterclaims and/or cross-claims are **DISMISSED WITH PREJUDICE**.

3. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

DATED March 24, 2026.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 1